UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| In Re:  Derivium Capital, LLC, | ) | |
| | ) | |
| Debtor, | ) | Case No.:  2:07-cv-2992 DCN |
| | ) | |
| Kevin Campbell, Chapter 7 Trustee, | ) | CONSENT MOTION AND ORDER |
| | ) | TO LIFT OR SET ASIDE ENTRY |
| Plaintiff, | ) | OF DEFAULT AGAINST TOTAL |
| | ) | ECLIPSE INTERNATIONAL, INC. |
| vs. | ) | |
| | ) | |
| Evelyn Cathcart, *et.al.* | ) | |
| | ) | |

Whereas Plaintiff filed an Entry of Default against the Defendant Total Eclipse International, Inc. ("Total Eclipse") in this action on or about June 5, 2008; and

Whereas Plaintiff and Defendant have agreed that the Entry of Default against the Defendant shall be set aside and that Defendant shall be allowed to file an Answer to the Complaint in this matter within 10 days after this Order is filed.

NOW, THEREFORE, the Parties agree and this Court orders that the Entry of Default against Total Eclipse be set aside and Defendant Total Eclipse shall have 10 days from the time this Order is filed to file an Answer.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Court Judge

Charleston, South Carolina
July 28, 2008

WE MOVE:

ROXON LAW OFFICE LLC

   s/John E. Roxon
John E. Roxon
Attorney for Defendant Total Eclipse International
Fed. ID No.:  5490
P O Box 21449
Charleston South Carolina 29413-1449
(843) 853-0845 (p)
(843) 853-0849 (f)
roxonlaw@bellsouth.net


WE CONSENT:

NELSON MULLINS RILEY & SCARBOROUGH LLP


By:  s/JENNIFER H. THIEM
Richard A. Farrier, Jr., ID No. 772
Walter T. Cox, Jr., ID No. 9136
Bryson M. Geer, ID No. 7011
Andrea K. St. Amand, ID No. 7886
Merritt G. Abney, ID No.  9413
Jennifer H. Thiem, ID No. 9797
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402)
Charleston, SC  29401-2239
(843) 853-5200

George B. Cauthen, ID No. 81
Linda K. Barr, ID No. 6284
Betsy Johnson Burn, ID No. 7574
Jody A. Bedenbaugh, ID No. 9210
1320 Main Street / 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

*Attorneys for Kevin Campbell, Chapter 7 Trustee*