UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Kevin Campbell, Chapter 7 Trustee of Derivium Capital, LLC, | ) ) ) | Civil Action No. 2:06-3283-DCN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Charles Cathcart; Yuri Debevc; Veridia Solutions, LLC; Derivium Capital USA, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| In Re: Derivium Capital, LLC, | ) ) | Civil Action No. 2:07-cv-2992 |
| Debtor. | ) ) | |
| Kevin Campbell, Chapter 7 Trustee, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Evelyn Cathcart; Charles D. Cathcart Crusader Trust; Cathcart Investment Trust; Cathlit Investment Trust; Diversified Design Associates. Ltd.; Clifford Lloyd; David Kekich; Red Tree International; Charles Hsin; a/k/a C.H. Hsin, a/k/a Chi Hsiu Hsin; First Security Capital of Canada, Inc.; Marco Toy, Inc.; Bancroft Ventures, Ltd.; Bancroft Ventures (UK) Ltd.; WITCO Services (UK) Ltd.; The Jeeves Group; Jeeves Company, Ltd.; Jeeves Holdings, Ltd.; Bryan Jeeves; Alexander Jeeves; Kristina Phelan; Paul Anthony Jarvis; Edward J. Budden; Coniston Management, Ltd.; Javelin, Ltd; St. Vincent Trust Service, Ltd.; St. Vincent Trust Company, Ltd.; Lexadmin Trust Reg.; Lindsey AG; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| Jack W. Flader, Jr.; James C. Sutherland; Zetland Financial Group, Ltd.; Franklin W. Thomason; Tsuei Consultants, Inc.; Vision International People Group, Ltd; Dmitry Bouriak; Total Eclipse International, Ltd.; NobleStreet, Ltd.; Financial Resources Group, LLC; Structured Systems & Software, Inc.; East Bay Capital Ventures, LLC; | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR A DETERMINATION OF FINALITY OF JUDGMENTS AGAINST CERTAIN DEFENDANTS *NUNC PRO TUNC*

PURSUANT TO Fed. R. Civ. P. 54(b), this matter comes before the Court upon the joint motion of Plaintiffs Kevin Campbell, Chapter 7 Trustee of the Estate of Derivium Capital, LLC ("Trustee"); Alan M. Grayson and The AMG Trust; General Holding, Inc.; Robert & Melanie Sabelhaus; Newton Family, LLC; and WCN/GAN Partners, Ltd. (together "Plaintiffs") for an express determination that there is no just reason to delay in entering final judgments against certain defendants.

IT APPEARS to the satisfaction of the Court that there is no just reason to delay the entry of final judgments as to those defendants against whom default judgments have been obtained by the Trustee in the above-captioned actions, to wit:

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (February 12, 2008) (default judgment against Optech, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 16, 2009) (default judgment against Bryan Jeeves);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 16, 2009) (default judgment against Charles Hsin);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 16, 2009) (default judgment against Diversified Design Associates, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 16, 2009) (default judgment against Lexadmin Trust Reg.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 16, 2009) (default judgment against Zetland Financial Group, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 17, 2009) (default judgment against East Bay Capital Ventures, LLC);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 17, 2009) (default judgment against Jeeves Company, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 17, 2009) (default judgment against Kristina Phelan);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 18, 2009) (default judgment against Alexander Jeeves);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 18, 2009) (default judgment against Lindsey AG);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 18, 2009) (default judgment against Coniston Management, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 18, 2009) (default judgment against St. Vincent Trust Service, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December 21, 2009) (default judgment against Javelin, Ltd.);

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (December, 21, 2009) (default judgment against St. Vincent Trust Company, Ltd.);

IT FURTHER APPEARS to the satisfaction of the Court that there is no just reason to delay the entry of final judgments as to those defendants who participated in the month-long trial before this Court that commenced on February 2, 2009 and against whom judgments have been obtained by the Trustee, to wit:

*Campbell v. Cathcart, et al.*, No. 2:07-cv-2992 (November 24, 2009) (judgment against Evelyn Cathcart);

*Campbell v. Cathcart, et al.*, No. 2:06-cv-3283 (November 24, 2009) (judgment against Charles Cathcart; Yuri Debevc; Veridia Solutions, LLC; Derivium Capital USA, Inc.)

**IT IS HEREBY ORDERED** Plaintiffs' motion be GRANTED, and that the above-listed judgments are final and appealable under Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED** that this Order be deemed effective *nunc pro tunc* to the respective dates of entry of each of the above judgments.

**AND IT IS SO ORDERED**.

The Honorable David C. Norton

Charleston, South Carolina

April 28, 2010