IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Kevin Campbell, Chapter 7 Trustee, | ) | C/A No. 2:07-CV-2992-DCN |
| | ) | |
| Alan Grayson and the AMG Trust, | ) | C/A No. 2:07-CV-593-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Charles Cathcart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' emergency motion for relief from the discovery stay to take the deposition of Charles Cathcart. Plaintiffs' motion is **GRANTED**. The court lifts the discovery stay in the above-captioned actions for the limited purpose of taking the deposition of Charles Cathcart.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**July 9, 2010**
**Charleston, South Carolina**